UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-14330-MER |
| WAY TO GROW, INC., ) | |
| EIN: 90-10291021 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## DECLARATION OF RICK BYRD

I, Rick Byrd ("Byrd"), Chief Executive Officer and Director of Pure Agrobusiness, Inc., Way To Grow, Inc., and Green Door Hydro And Solar Electric, Inc. and a shareholder of the parent company Pure Agrobusiness, Inc. make this Declaration under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

**Background**

1. The Debtor, Pure Agrobusiness, Inc. ("Pure") filed its voluntary petition pursuant to chapter 11 of the Bankruptcy Code on May 18, 2018.

2. The Debtor, Way To Grow, Inc. ("WTG") filed its voluntary petition pursuant to chapter 11 of the Bankruptcy Code on May 18, 2018.

3. The Debtor, Green Door Hydro And Solar Electric, Inc. ("GD") filed its voluntary petition pursuant to chapter 11 of the Bankruptcy Code on May 18, 2018. The name of GD was changed to Green Door Agro, Inc. and a change of name form will be filed with the Court.

4. Pure is the parent company of both WTG and GD. All of the companies are in the business of selling hydroponic farming equipment and related supplies.

5. WTG owns and operates 7 retail stores in Colorado and an internet web site. GD owns and operates a store in California. Pure also owns another subsidiary, Crop Supply, Inc. which is not a debtor and is in the hydroponic wholesale business.

6. The Debtor's gross receipts for the Pure companies for the year ending 2017 was approximately $41,000,000. For the three months ending March 31, 2018, the total merchandise sales of the Pure companies was approximately $8,225,203 and of this amount, approximately $5,693,574 is attributed to WTG. The Debtor's headquarters is

located at 2317 South Santa Fe Ave., Los Angeles, California and the business office of WTG is located at 3201 East Mulberry St., Suite K, Fort Collins, Colorado.

7. The Debtors currently employ approximately 79 people to operate their business.

8. The Debtor pays its employees on a bi-weekly basis. The Debtor has calculated the amount of its pre-petition payroll for the period extending from May 1 to May 18, 2018. The pre-petition unpaid gross payroll, including all taxes and applicable charges for WTG is approximately $124,299.99. The current pay period that includes the pre-petition is payable on May 25, 2018. The gross amount includes employees who are paid wages and salaries as well as independent contractors that include a temporary CFO and temporary COO, both of whom will be terminated at the end of June 2018 and May 2018 respectively. The pre-petition unpaid gross payroll, including all taxes and applicable charges for GD is approximately $17,682.74.

9. The majority of the Debtor's employees live on their paychecks and the loss of a paycheck would have serious consequences. In the event the employees are not paid on time, they will suffer personal hardships since they generally survive on their wages. The loss of employees, if they quit their jobs, would also cost the Debtors a substantial loss in terms of having to rehire and train new employees. Since the Debtors' income is based on the sale of goods from retail locations, the loss of employees would cause irreparable harm and injury.

10. The current value of the WTG accounts receivable as of April 30, 2018 is approximately $429,879 and the WTG inventory as of the same date is $4,370,757. WTG has cash of approximately $1,350,000.

11. The Debtors generate income through the sale of goods and supplies related to hydroponic gardening. The income is generated through the Colorado and California stores and over the internet.

**Secured Creditors**

12. The Debtors have one primary secured creditor who claims a security interest in the Debtors inventory, accounts receivable and assets. The secured creditor is Corey Inniss ("Inniss"). All of the known creditors have been provided notice of the Debtors' motions for use of cash collateral and to pay employees. Inniss is the only

secured creditor who will likely claim a security interest in the inventory and accounts receivable. Other secured creditors exist but they generally have leases or claims to specific pieces of equipment.

13. The Inniss claim is based upon a Promissory Note that is dated January 1, 2016 ("Note"). The Note was executed by Pure in connection with its acquisition of the WTG entity from Inniss. Pure executed the Note as the maker and its two subsidiaries, WTG and GD signed a consent and agreement to the Note. While both WTG and GD pledged their assets to secure the Note, within the terms of the actual Note, it is not clear that either entity received any consideration for their pledge of collateral.

14. Since the WTG entity was acquired by Pure, Pure has confirmed with the assistance of its accountants various financial improprieties, transfers, and obligations that were taken by Inniss, his mother Susan Inniss, and Jim Blaha, Susan's former husband and Inniss's step-father, who were all involved with WTG in some capacity. The financial issues and the difficulties encountered in accomplishing a turnover of the company that had been acquired by Pure led to further financial issues and an inability to service the Note payments.

**Use of Cash Collateral**

15. All of the income of the Debtors is derived from the sale of goods. All of the income is generally cash collateral.

16. In order to maintain ongoing operations, the Debtors need to pay for ongoing operating expenses such as employee wages, utilities, insurance, rents due for office space, telephones, and all of the expense items set forth on the Budget that accompanies the Motion for use of cash collateral.

17. In the event that the Debtors are not allowed to use cash collateral, the Debtors will close since they will not have employees who can sell goods.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

May 22, 2018

                         WAY TO GROW, INC. and
                         GREEN DOOR AGRO, INC.

                         By: */s/ Rick Byrd*
                                Rick Byrd, CEO