Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Way To Grow, Inc., a Colorado corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | **18-14330-MER** |

■ Check if this is an
amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spartan Capital Securities, LLC 45 Broadway 9th Floor New York, NY 10006** | | | | | | **$1,000,000.00** |
| **Hydrofarm-ACH 400 Burbank Street Broomfield, CO 80020** | | **Services and Products** | | | | **$120,191.08** |
| **Colorado Department of Revenue 1375 Sherman Street Denver, CO 80203** | | **Taxes** | | | | **Unknown** |
| **Central Garden and Pet File 5754 Los Angeles, CA 90074** | | **Services and Products** | | | | **$55,477.92** |
| **Eric Watson** | | | | | | **$41,042.00** |
| **CANNA - ACH 122-A East Foothill Blvd. Suite 196 Arcadia, CA 91006** | | **Services and Products** | | | | **$40,329.18** |
| **Morgan Lewis 300 South Grand Avenue 22nd Floor Los Angeles, CA 90071** | | | | | | **$25,539.00** |
| **General Air 1105 Zuni Street Denver, CO 80204** | | **Services and Products** | | | | **$21,711.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Way To Grow, Inc., a Colorado corporation** | | | Case number *(if known)* | **18-14330-MER** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Botanicare - ACH** P.O. Box 396266 San Francisco, CA 94139 | | **Services and Products** | | | | **$18,406.60** |
| **GPL Solutions, LLC** 2316 West Victory Blvd. Burbank, CA 91506 | | **Services and Products** | | | | **$11,694.77** |
| **Bloomington Wholesale - ACH** 11685 East 55th Avenue Denver, CO 80239 | | **Services and Products** | | | | **$11,460.54** |
| **Quicksilver Express Courier** P.O. Box 64417 Saint Paul, MN 55164 | | **Services and Products** | | | | **$9,960.86** |
| **City and County of Denver** 201 West Colfax Avenue Suite 406 Department 1109 Denver, CO 80202 | | **Services and Products** | | | | **$9,852.00** |
| **City of Lakewood** 480 South Allison Parkway P.O. Box 261455 Lakewood, CO 80226 | | **Services and Products** | | | | **$4,379.00** |
| **eShipping** 10612 NW Highway 45 Parkville, MO 64152 | | **Services and Products** | | | | **$3,550.00** |
| **Green Broz, Inc.** 3639 Midway Drive San Diego, CA 92110 | | **Services and Products** | | | | **$3,420.00** |
| **Alliance, the Roots of Success** 4408 Kane Drive Fort Collins, CO 80526 | | **Services and Products** | | | | **$1,600.00** |
| **dbbmckennon** 20321 SW Birch Street Suite 200 Newport Beach, CA 92660 | | **Services and Products** | | | | **$1,500.00** |
| **Hercules Industries** P.O. Box 911434 Denver, CO 80291 | | **Services and Products** | | | | **$1,447.40** |

| Debtor | **Way To Grow, Inc., a Colorado corporation** | | Case number *(if known)* | **18-14330-MER** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Fortrust, LLC 4300 Brighton Blvd. Denver, CO 80216** | | **Services and Products** | | | | **$1,286.73** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy